```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06741
   RICHARD J DUDEK
   RUTH A DUDEK                                 CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-8975    SSN XXX-XX-2027


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/13/07 .

   2.  The case was dismissed without confirmation, 08/03/2007.

   3.  The Debtor paid a total of $   1000.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
----------------------------------------------------------------------
AMC MORTGAGE SERVICES   CURRENT MORTG           .00          .00           .00
AMC MORTGAGE SERVICES   MORTGAGE ARRE    NOT FILED          .00           .00
THINK CREDIT UNION      SECURED VEHIC          .00          .00           .00
GMAC PAYMENT CENTER     UNSECURED        NOT FILED          .00           .00
DUPAGE COUNTY COLLECTOR PRIORITY               .00          .00           .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED          .00           .00
CENTEGRA HEALTH SYSTEM  UNSECURED        NOT FILED          .00           .00
BARTLETT PHYSICAL THERAP UNSECURED       NOT FILED          .00           .00
CB ACCOUNTS INC         UNSECURED        NOT FILED          .00           .00
CAPITAL ONE FINANCIAL   UNSECURED        NOT FILED          .00           .00
CAPITAL ONE FINANCIAL   UNSECURED        NOT FILED          .00           .00
CBE GROUP               UNSECURED        NOT FILED          .00           .00
CENTRAL DUPAGE HOSPITAL UNSECURED        NOT FILED          .00           .00
COMED                   UNSECURED        NOT FILED          .00           .00
DISH NETWORK            UNSECURED        NOT FILED          .00           .00
GE MONEY BANK           UNSECURED        NOT FILED          .00           .00
GOOD SAMARITAN HOSPITAL UNSECURED        NOT FILED          .00           .00
HOME DEPOT              UNSECURED        NOT FILED          .00           .00
MEDICAL ACCOUNTING      UNSECURED        NOT FILED          .00           .00
MERRICK BANK            UNSECURED        NOT FILED          .00           .00
----------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                        PAID          PAID
----------------------------------------------------------------------
MORAINE EMERGENCY PHYSIC UNSECURED       NOT FILED          .00           .00
NICOR GAS               UNSECURED        NOT FILED          .00           .00
PODIATRIC MANAGEMENT SYS UNSECURED       NOT FILED          .00           .00
RADIOLOGISTS OF DUPAGE  UNSECURED        NOT FILED          .00           .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED          .00           .00
SPRINT                  UNSECURED        NOT FILED          .00           .00
UNION PLUS              UNSECURED        NOT FILED          .00           .00
```

```
      Summary of disbursements:
--------------------------------------------------------------------------------
                         SECURED     PRIORITY   UNSECURED        OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00          .00         .00          .00         .00
PRINCIPAL PAID               .00          .00         .00          .00         .00
INTEREST PAID                .00          .00         .00          .00         .00
TOTAL PAID                   .00          .00         .00          .00         .00
```

The Debtor's attorney, GREGORY J MARTUCCI            , was allowed $   2500.00
and was paid $   1000.00  direct and $    974.00  through the plan.

The Trustee received $       26.00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/16/07              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 07 B 06741 RICHARD J DUDEK & RUTH A DUDEK